BENJAMIN B. WAGNER
United States Attorney
MICHELLE A. PRINCE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | 2:10-CR-00209 GEB |
|---|---|---|
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| RUSSELL JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |
|_____|)| |

Based upon the plea agreement entered into between plaintiff

United States of America and defendant Russell Johnson it is

hereby ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 18 U.S.C. § 2253, defendant Russell

Johnson's interest in the following property shall be condemned

and forfeited to the United States of America, to be disposed of

according to law:

a)   One Dell Gx620 computer, serial number J4JB691;

b)   One Seagate Barracuda 7200.9 SATA hard disk drive, serial number 4LR2FFAM;

c)   One Western Digital MyBook external USB 320 GB hard disk drive, serial number WMAT13105972;

d)   One Toshiba Satellite Laptop Computer, serial

number 88240098Q;

e)   One Toshiba HDD2D94BUR01 200 GB SATA hard disk drive, serial number 78BPT8MDTC72;

f)   One PNY Attache 4 GB thumb drive; and

g)   Three compact discs.

2.   The above-listed property constitutes property containing visual depictions produced, transported, mailed, shipped or received in violation of 18 U.S.C. § 2252(a)(4)(B); or was used or intended to be used to commit or to promote the commission of the aforementioned violation.

3.   Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States, in its secure custody and control.

4.   a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b.   This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed

Preliminary Order of Forfeiture

property, must file a petition with the Court within sixty (60)
days from the first day of publication of the Notice of
Forfeiture posted on the official government forfeiture site, or
within thirty (30) days from receipt of direct written notice,
whichever is earlier.

5.   If a petition is timely filed, upon adjudication of all
third-party interests, if any, this Court will enter a Final
Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all
interests will be addressed.

Dated:  August 10, 2010

GARLAND E. BURRELL, JR.
United States District Judge

Preliminary Order of Forfeiture