BENJAMIN B. WAGNER
United States Attorney
MICHELLE A. PRINCE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-00209 GEB |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| RUSSELL JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on or about August 11, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Russell Johnson forfeiting to the United States the following property:

      a)    One Dell Gx620 computer, serial number J4JB691;

      b)    One Seagate Barracuda 7200.9 SATA 80 GB hard disk drive, serial number 4LR2FFAM;

      c)    One Western Digital MyBook external USB 320 GB hard disk drive, serial number WMAT13105972;

      d)    One Toshiba Satellite Laptop Computer, serial number 88240098Q;

      e)    One Toshiba HDD2D94BUR01 200 GB SATA hard disk drive, serial number 78BPT8MDTC72;

        f)    One PNY Attache 4 GB thumb drive; and

        g)    Three compact discs.

AND WHEREAS, beginning on August 12, 2010, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Russell Johnson.

2. All right, title, and interest in the above-listed property shall vest solely in the United States of America.

3. The U. S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

Dated: December 16, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge